DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
JAMIR IMARI TATUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-cr-00092-MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | |
| v. ) | DATE: June 7, 2012 |
| ) | TIME: 9:00 a.m. |
| JAMIR IMARI TATUM, ) | JUDGE: Hon. Morrison C. England Jr. |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of
America through KYLE REARDON, Assistant U.S. Attorney, and defendant,
JAMIR IMARI TATUM, by and through his counsel, BENJAMIN GALLOWAY,
Assistant Federal Defender, that the status conference set for April
26, 2012, be continued to Thursday, June 7, 2012, at 9:00 a.m..
    The reason for this continuance is to allow defense counsel
additional time to review discovery with the defendant, to examine
possible defenses and to continue investigating the facts of the case.
///
///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 7, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).


DATED: April 17, 2012          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               JAMIR IMARI TATUM


DATED: April 17, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               KYLE REARDON
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

///

///

///

///

///

///

///

///

///

///

///

///

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant Jamir Imari Tatum in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 17, 2012, to and including June 7, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) T4 (reasonable time for both counsel to prepare).  It is further ordered that the April 26, 2012, status conference shall be continued until June 7, 2012, at 9:00 a.m..

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3