| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, Bar# 214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JAMIR IMARI TATUM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-cr-0092 MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | ) | |
| JAMIR IMARI TATUM, | ) | |
| Defendant. | ) | Date: September 27, 2012<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and JAMIR IMARI TATUM, by and through his counsel, Benjamin Galloway, that the status conference set for Thursday, August 9, 2012, be continued to Thursday, September 27, 2012, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.

///
///
///
///
///
///

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this order, August 7, 2012, through and including September 27, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant to a speedy trial.

DATED: August 7, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 */s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JAMIR IMARI TATUM

DATED: August 7, 2012

BENJAMIN B. WAGNER
United States Attorney

 */s/ Benjamin Galloway for*
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

///

///

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | Based on the reasons set forth in the stipulation of the parties filed on August 8, 2012, and good cause |
| 3 | appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED |
| 4 | that the status conference currently scheduled for Thursday, August 7, 2012, be continued to **Thursday,** |
| 5 | **September 27, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting the |
| 6 | requested continuance outweigh the best interests of the public and the defendant in a speedy trial. |
| 7 | Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be |
| 8 | commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, |
| 9 | August 7, 2012, through and including September 27, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), |
| 10 | [reasonable time to prepare] and Local Code T4. |
| 11 | IT IS SO ORDERED. |

Dated: August 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE